IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA JACKSON,<br><br>      *Plaintiff,*<br><br>v.<br><br>RYAN BRIGHTWELL and SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 20-5500 |

## ORDER

**AND NOW**, this 1st day of March 2021, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 5), and Jackson's Response (ECF No. 6), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall **TRANSFER** the case to the United States District Court for the Middle District of Pennsylvania.

                                                BY THE COURT:

                                                */s/ Gerald J. Pappert*
                                                GERALD J. PAPPERT, J.